UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT BOSCH SEMICONDUCTOR LLC, | Case No. 25-cv-02387-HSG |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR ISSUANCE OF LETTERS ROGATORY** |
| v. | Re: Dkt. No. 20 |
| AUMOS TECHNOLOGY, INC., | |
| Defendant. | |

Plaintiff Robert Bosch Semiconductor LLC filed what it styles as a Motion for Issuance of Letters Rogatory, Dkt. No. 20. The Court finds that Plaintiff's filing is deficient. Despite being labeled a "motion," the filing does not actually contain a motion asking the Court to take any action and laying out the basis for the requested action. Plaintiff also includes several exemplification certificates, but does not explain why the certificates were attached, attach any documents for certification, or identify the docket numbers for the documents referenced.

Accordingly, the Court **DENIES** the motion, Dkt. No. 20, without prejudice to refiling if Plaintiff can cure the deficiencies outlined above and otherwise comply with all relevant rules. Any renewed motion for issuance of letters rogatory must be filed by August 11, 2025.

//

//

//

1   For examples of how parties have submitted such requests in the past, the Court directs counsel to *Chung v. Chung Peng Chih-Mei et al*, Case No. 22-cv-01983-PCP, Dkt. No. 31, and *Fujitsu Limited v. Belkin International, Inc. et al*, Case No. 10-cv-03972-LHK, Dkt. No. 119.  The Court stresses that it is not its responsibility to help counsel comply with the applicable rules, and directs counsel to do the work necessary to submit a fully legally-sufficient motion and attachments.  This includes, for example, determining whether translations need to be submitted with the request.

**IT IS SO ORDERED.**

Dated:   7/14/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2